# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRYL ANDREW GRIMMER

NO. 2020 KW 0010

**MAR 0 3 2020**

---

In Re:   Darryl Andrew Grimmer, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 32110.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND LANIER, JJ.**

**WRIT GRANTED.** Relator timely filed an application for postconviction relief requesting an out-of-time appeal. See La. Code Crim. P. art. 930.8(A); **State v. Counterman**, 475 So.2d 336, 339 (La. 1985). There is no appeal pending in this court in this matter. Thus, the district court's ruling dismissing relator's application for postconviction relief is vacated, and the matter is remanded for reconsideration in light of **Counterman**.

**VGW**
**JMG**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT